**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD R. BAMBERGER, an individual, and PHILLIP S. LADMAN, an individual,<br><br>   Plaintiffs,<br><br>   vs.<br><br>JASON BLUM, an individual, and INTERRA-VISION DEVELOPMENT, LLC, and DOES 1-50, inclusive,<br><br>   Defendants. | CASE NO. 06cv2023 DMS (NLS)<br><br>**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

On August 29, 2006, Plaintiffs initiated an action in California Superior Court against Jason Blum ("Blum"), Interra-Vision Development, LLC ("Interra"), and unnamed Doe Defendants. On September 20, 2006, Defendants Blum and Interra filed a notice of removal with this Court. On September 29, 2006, this Court issued an order directing Defendants to show cause why this action should not be remanded to state court due to the lack of complete diversity of citizenship and the lack of evidence that the amount in controversy exceeds $75,000.

On October 13, 2006, Defendants responded to the Court's Order to show cause. Regarding diversity, Defendants submit declarations indicating that both Blum and Interra are, and were at the time of the filing of the Complaint, citizens of Illinois. The Response includes a copy of Interra's Articles of Organization showing that the company is organized under the laws of the State of Illinois.

1 | The supporting declaration indicates Interra has its principal place of business in Chicago, Illinois.
2 | Regarding the amount in controversy, Defendants submit that the Complaint does not aver a specific
3 | damages amount and thus consent to remand on that ground.  Defendants reserve their right to remove
4 | once the amount in controversy is known.
5 |      Based on the foregoing, this Court finds it lacks subject matter jurisdiction to adjudicate the
6 | controversy in question.  Although there is complete diversity as Plaintiffs are citizens of California
7 | and Defendants are citizens of Illinois, the jurisdictional amount has not been satisfied.  Accordingly,
8 | the Court orders that the case be dismissed and remanded to state court.
9 | **IT IS SO ORDERED.**
10 | DATED: October 17, 2006
11 |
12 | _____
13 | HON. DANA M. SABRAW
United States District Judge
14 |
15 | CC:   Judge Stormes
           all parties